IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

MICHAEL CORROZZO, KEVIN ISHEE,
DANIELLE ROCHA
and others similarly situated,

    Plaintiff,

v.                                       No.: 3:18-cv-297
                                          Judge Trauger

MOKSHA HOTELS, LLC, and         FLSA COLLECTIVE ACTION
PRADEEP KUMAR                          JURY DEMAND

    Defendants.

## PLAINTIFFS' MOTION TO FILE DISBURSEMENT OF SETTLEMENT PROCEEDS UNDER SEAL

Plaintiffs, individually and on behalf of all others similarly situated, move the Court to allow them to file the exact disbursement of the settlement proceeds under seal, pursuant to Local Rule 5.03. The parties have worked out the settlement of this matter and have filed a motion to approve this settlement, pursuant to the Fair Labor Standards Act. Plaintiffs, on behalf of themselves and the opt-ins, have worked out how the settlement proceeds are to be divided amongst themselves and pursuant to the attorney-client contract. Plaintiffs state that confidentiality is necessary to prevent the exact amount of money that each is receiving from becoming public record and request that they be allowed to file the proposed disbursement under seal.

Respectfully submitted:

/s/ Kerry E. Knox
Kerry E. Knox (TN BPR No. 23302)
117 South Academy Street
Murfreesboro, Tennessee 37130
(615) 896-1000

/s/ Stephen W. Grace
Stephen W. Grace (TN BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee  37212
(615) 255-5225

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on this the 29th day of May, 2019, by operation of the Court's electronic filing system to:

J.K. Simms
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067

/s/ Kerry Knox
Kerry Knox