Motion GRANTED.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MICHAEL CORROZZO, KEVIN ISHEE** | ) | |
| **DANIELLE ROCHA, and others** | ) | |
| similarly-situated, | ) | |
| | ) | **3:18-CV-00297** |
| Plaintiff | ) | **JURY DEMAND** |
| | ) | |
| **vs.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **MOKSHA HOTELS, LLC,** | ) | |
| **and PRADEEP KUMAR** | ) | |
| | ) | |
| Defendants. | | |

## JOINT MOTION FOR COURT ORDER APPROVING CASE RESOLUTION

Plaintiffs, Michael Corrozzo, Kevin Ishee, and Danielle Rocha, individually and on behalf of all others similarly situated, and Defendants, Moksha Hotels, LLC and Pradeep Kumar ("Defendants"), jointly move this Court for an Order approving the resolution of the Plaintiffs' Fair Labor Standards Act ("FLSA") claims. In support of their motion, the parties state that the resolution is a fair and reasonable compromise of all issues in dispute and was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights. In further support of this Motion, the parties file a memorandum of law contemporaneously herewith.

Respectfully submitted,

/s Kerry E. Knox
Kerry E. Knox
117 South Academy Street
Murfreesboro, Tennessee 37130
(615) 896-1000
kek@castelliknox.com